FILED
LOGGED
ENTERED
RECEIVED

APR 0 9 2024

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Carlos Mayberry a.k.a. Bel
Sable Napoleon, #280818
NBCI

14100 McMullen Hwy, S.W.
Cumberland, MD 21502

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.                                                  Case No.:_____
                                                    *(Leave blank. To be filled in by Court.)*
THE CARLOS MAYBERRY TRUST
Et al, THE MARYLAND DE-
PARTMENT OF CORRECTION
Robert Green, Jeff Nines

*(Full name and address of respondent)*
**Defendant(s).**

## COMPLAINT

I. Previous Lawsuits

    A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☑    NO ☐

    B. If you answered YES, describe that case(s) in the spaces below.

        1. Parties to the other case(s):

        Plaintiff: Carlos Mayberry

        Defendant(s): J. Ticknell

        2. Court (if a federal court name the district; if a state court name the city or county):

        District of Maryland

3. Case No.: _1 : 23 - cv - 02350 - PX_

4. Date filed: _28 August 2023_

5. Name of judge that handled the case: _Paula Xinis_

6. Disposition (won, dismissed, still pending, on appeal): _Still pe-nding on appeal_

7. Date of Disposition: _18 September 2023_

II. Administrative Proceedings

    A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

        YES ☑    NO ☐

      1. If you answered YES:

        a. What was the result? _No response_

        b. Did you appeal? _____

        YES ☐    NO ☑

      2. If you answered NO to either of the questions above, explain why: _My mail to the Courts is being intercepted_

III. Statement of Claim

    (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

    _Introduction_

    _This is a civil righ-ts action filed by Carlos Mayberry a.k.a._

Bel Sable Napoleon, a state prisoner, for damages, injunctive and/or declaratory relief under 42 U.S. C. 1983 alleging RICO in violation of 18 U.S.C. 1961(5); 1962 (a), (b), (c) and (d); 1964 (c); industrial Espionage in violation of the fourth Amendment to the United States Constitution; misappropriation of trade secrets in violation of the Takings Clause of the Fifth Amendment to the United States Constitution and in violation of the Maryland Uniform Trade Secrets Act, Md. Code Ann. 11-1201'to-1209, establishment of religion in violation of the Establishment Clause of the First Amendment

to the United States
Constitution and in
violation of the Md.
Const. Decl. Rights art.
36. monopoly in viola-
tion of the Sherman
Antitrust Act, 15 U.S.C.
1-7 and in violation of
the Md. Const. Decl.
Rights art. 41. conspi-
racy in violation of
the /Fourteenth Amend-
ment and First Amend-
ment to the United
States Constitution.
denial of the Due Pro-
cess Clause in viola-ti-
on of the Fourteenth
Amendment to the Uni-
ted States Constituti-
on and in violation of
the Md. Const. Decl.
Rights art. 24. denial
of/freedom of speech
in violation of the
First Amendment to the
United States Consti-
tution, denial of free

exercise of religion in violation of the Free Exercise Clause of the First Amendment to the United States Constitution and in violation of the Religeous Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. 2000cc-1 through 2000-cc-5 and in violation of the Md. Const. Decl. Rights art. 36; deliberate indifference in violation of the Eighth Amendment to the United States Constitution and in violation of the Md. Const. Decl. Rights art. 25. racial/discrimination in violation of 42 U.S.C. 1981(a), (b) and (c). conspiracy to deprive of equal protection of the laws

in violation of 42 U.S.C.
1985 (3). Knowledge of
conspiracy to depri-
ve of the equal protec-
tion of the laws in
violation of 42 U.S.C.
1986; invasion of pri-
vacy in violation of
the Fourth Amendment
to the United States
Constitution. Denial
of work release in vio-
lation of the Eighth
Amendment and the
First Amendment to
the United States
Constitution and in
violation of 35 U.S.C.
102. 35 U.S.C. 111, 112, 113
and 115. 37 C.F.R. 1.51.
trademark infringem-
ent in violation of
15 U.S.C. 1051 (b) and (d).
1126. Unfair competit-
ion in violation of
the Lanham Act, 15 U.S.
C. 1051. the statewide
custom of planning

and building Pueblo-
ized Masonic Lodges
that are used and
camouflaged as
correctional facili-
ties in violation of
the Establishment
Clause of the First
Amendment to the
United States Consti-
tution and in violat-
ion of the Md. Const.
Decl. Rights art. 36

In addition, the
Plaintiff alleges the
torts of breach of
trust, breach of
contract, false empri-
isonment, intention-
al interference with
prospective economic
advantage, failure
to aid in time of eme-
rgency, fraudulent
misrepresentation,
intentional infliction
of emotional distre-
ss and nuisance.

## Jurisdiction

1. The Court has jurisdiction over the Plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. 1331 (1) and 1343.

2. The Court has diverse jurisdiction over the Plaintiff's claims of violation of federal constitutional rights under 28 U.S.C. 1332 (a), 1332 (a)(1), and 1332 (d)'(6)

3. The Court has supplemental jurisdiction over the Plaintiff's state law tort claims under 28 U.S.C. 1367

## Parties

4. The Plaintiff, Carlos

Mayberry a.k.a. Bel Sable Napoleon, was incarcerated at North Branch Correctional Institution ("NBCI") (hereafter referred to as "the NBCI Grand Masonic Lodge") during the events described in this Complaint.

5. Defendant THE CARLOS MAYBERRY TRUST is an adhesion contract. He is sued in his individual capacity.

6. Defendant THE MARYLAND DEPARTMENT OF CORRECTION is a corporation and the grantor of THE CARLOS MAYBERRY TRUST. He is sued in his individual and official capacities.

7. Defendant John Doe

is the Governor of Maryland. He is sued in His official capacity.

8. Defendant Robert Green is the Secretary of the Maryland Department of Public Safety and Correctional Services (hereafter referred to as "DPSCS") and a trustee of THE CARLOS MAYBERRY TRUST. He is sued in his individual and official capacities.

9. Defendant John Doe is the Commissioner of Correction (hereafter referred to as "the Commissioner") and a trustee of the CARLOS MAYBERRY TRUST. He is sued in his individual and official capacities.

10. Defendant Holly Shakoor Fleischer is Nicki Minaj's representative. She is sued in her individual capacity.

11. Defendant Alicia Keys is a musician and songwriter. She is sued in her individual capacity.

12. Defendant Ina Treciokas is Kim Kardashian's representative. She is sued in her individual capacity.

13. Defendant Valeisha-Butterfield Jones is Co-President and Chief Diversity and Inclusion Officer of the Recording Academy. She is sued in her individual capacity.

14. Defendant Joanna

Burstein is actress Lori Loughlin's representative. She is sued in her individual capacity.

15. Defendant Jeff Nines is the Warden of NBCI and a trustee of THE CARLOS MAYBERRY TRUST. He is sued in his individual capacity.

16. Defendant Jane Doe is a chairperson at THE MARYLAND PAROLE COMMISSION and a trustee of THE CARLOS MAYBERRY TRUST. She is sued in her individual and official capacities.

17. Defendant John Doe is a chairperson of THE MARYLAND PAROLE COMMISSION and a trustee of THE CARLOS MAYBERRY TRUST. He is sued in his ind-

ividual and official Capacities

18. Defendant Ann is a nurse employed at NBCI and is a trustee of THE CARLOS MAYBERRY TRUST. She is sued in her individual capacity.

19. Defendant Suzy is a KEEFE worker for /KEEFE COMMISSARY NETWORK employed at NBCI and is a trustee of THE CARLOS MAYBERRY TRUST. She is sued in her individual capacity.

20. Defendant Ann is a nurse employed at NBCI and a trustee of THE CARLOS MAYBERRY TRUST. She is sued in her individual capacity.

21. Defendant Erica is a nurse employed at NBCI

and a trustee of THE CARLOS MAYBERRY TRUST. She is sued in her individual capacity.

22. Defendant R. Hammons is the librarian of NBCI and a trustee of THE CARLOS MAYBERRY TRUST. She is sued in her individual capacity.

23. Defendant Lambert is a correctional officer employed at NBCI and a trustee of THE CARLOS MAYBERRY TRUST. He is sued in his individual capacity.

24. Defendant J. Ritchie is a correctional officer employed at NBCI and a trustee of THE CARLOS MAYBERRY TRUST. He is sued in his individual capacity.

25. Defendant Beitzel is a Mental Health Supervisor

employed at NBCI and a trustee OF THE CARLOS MAY-BERRY TRUST. She is sued in her individual capacity.

26. Defendant A. Plabber is a correctional officer employed at NBCI and a trustee OF THE CARLOS MAYBERRY TRUST. She is sued in her individual capacity.

27. Defendant Christine is a nurse employed at NBCI and a trustee OF THE CARLOS MAYBERRY TRUST. She is sued in her individual capacity.

28. Defendant Jane Doe is a lawyer whose name and law firm is presently unknown to the Plaintiff. She is sued in her individual capacity.

29. Defendant Paula Xinis is a United States Distr-

ict judge. She is sued in her individual capacity.

30. All the Defendants have acted, and continue to act, under color of state law at all times relevant to this Complaint.

## Facts

31. The governor of Maryland has sponsored the building of Masonic Lodges camouflaged as correctional facilities and established the religious beliefs of Free and Accepted Masons who practice the Native American Pueblo religion by using tax payers money to build the Masonic lodges.

32. The Maryland prison system is a mixture of religious influences ran

-cing from a Masonic
Lodge to a Pueblo encl-
ave merged into one,
and made to appear as
prisonlike as possible.

33. That North Branch Cor-
rectional Institution
("NBCI"), in Cumberland,
Maryland, represents
a Masonic Lodge as
well as a Pueblo enclave
is due to the fact that
its symbolic language
says so.

34. On 2 October 2023, I
filed an ARP complai-
nt against the MARYL-
AND/DEPARTMENT OF CORR-
ECTION and its Freemaso-
nic, racist employees
complaining about its
monopoly and RICO act-
ivities. (See Ep. "Sky's
the Limit" by The Notori-
ous B.I.G. (Ft/112) to the
Bad Bitch Nicki Minaj

("ARP NBC1-H", dated 2
October 2023)

35. In paragraph 16 of
my ARP complaint, I
stated: "Since 2021,
the Pueblo theocracy
of the Grand Masonic
Lodge of NBC1 has empl-
oyed various tactics
to misappropriate my
Jacob's ladder trade
secrets, including inte-
rcepting my letters to
the Baltimore Ravens
NFL sports franchise,
denying my ARP compl-
aints to attend my yea-
rly Security Reclassific-
ation Interviews, denyi-
ng me an Inventor's Note-
book to record my reduc-
tions to practice of my
Jacob's ladder invention,
sabotaging the materia-
ls I need to make and
use my invention during
[B]ar/checks and shake-

downs, denying me inter-
net access, to isolate
me, and engaging in
cloak-and-dagger oper-
ations, including satel-
lite surveillance techn-
ology, that enable them
to [see] everything I do
and [hear everything I]
say inside my cell, and
[see] everything that i
write down on paper in
violation of the RICO
Act (SEE ARP NBCI-0424-22"
Id. at pgs 6-7

36. In paragraph 1 of
my ARP complaint, i
referenced a book enti-
tled "The Masonic
Ritual for use by The
Most Worshipful Prin-
ce Hall Grand Lodge,
Free and Accepted Maso-
ns." Id. at pgs. 1-2

37. The Masonic Ritual
for use by The Most Wor

shipful Prince Hall Gra-
nd Lodge, Free and Acc-
epted Masons, is a
Religious text that
identifies the bylaws
and organizational
structure of the Maso-
nic Lodge and whose
teachings are adhered
to by Freemasons.

38. On page 132, the text
provides, "Our laws
and regulations you are
strenuously to support
and be always ready to
assist in seeing them
duly executed." Id. at
p. 2/

39. The policy and other
Masonic religious
practices and customs
of the Masonic fratern-
ity are enforced at the
MBCI Grand Masonic
Lodge, which has pre-
vented me from pract-

icing my own religion.
(SEE Ex. 1 "RiRi #10/("Nap-
olean, BE1 280 818 NBC1
RECEIVED JAN 19 2021 NBC1
MAILROOM). Ex. "Are you
Experienced" by Jimi
Hendrix to the bad bit-
ch Nurse Britney ("ARP
NBC1-2367-16"). Ex. "Beez in
the Trap" by Nicki Minaj
to the Bad/Bitch Rihanna
Fenty ("ARP NBC1-43121, dat-
ed 2 January 2024)

40. "Balling" is a religio-
us practice of my Aoo-
bid timocratic religion
(See Ex. "Gypsy" by Fleetw-
ood Mac to the Mouse
Nabu ("A Manifesto by
the great God Marduk")
; Ex. "Minaj #1" ("What
Can We know?"). Ex. "All
Eyez On Me" by 2Pac to the
bad bitches Gigi Hadid
and Bella Hadid

41. "Balling" is slang for

"[f]un, esp of an uninhibited sort" [2]

42. These lines from 2Pac's "All Eyez On Me" capture the meaning of what it means to "ball." ("The futures in my eyes, cause all I won't/is/cash and thangs / A five-double-oh-Benz/flauntin flashy rings, uhh ") ("Bitches [groupies] pursue me like a dream ") ("Say money bring bitches, bitches bring lies / One nigga's gettin jealous, and motherfuckers died ") ("Depend on me like the first and fifteenth / They might hold me for a second, but these punks won't get me ") ("On my mobile callin big shots on the scene major ") ("Packing hundreds in my drawers. fuck the law / Bitches [groupies] I fuck with a passion, I'm living rough and

raw") ("I put the top do-
wn, now its time to floss
my shit") ("Up in the Benz
burning rubber") (See Ex.
"All Eyez On Me" by 2Pac
to the bad bitches Gigi
Hadid and Bella Hadid.

43. I am a "boss playa"
within the meaning of
that term as it is used
in 2Pac's "All Eyez On Me",
for I religiously observe
the Afro-/American cult-
ural traditions involved
with the process of beco-
ming a boss referred to
as /a "gentleman",[3]that
2Pac is rapping about.
("Live the life as a boss
playa, cause even gettin
high") 13.

44. "Boss playa" is a slang
term for climber, a clim-
ber in the hustling socie-
ty who is on the make
to achieve the high sta-

tus of a "gentleman."

45. The Autobiography of Malcolm X shows how "boss playas" rise to significance from insignificance in the known world of hustlers.

46. Malcolm X explained that "some young hustlers rose in stature in our world when they somehow hoodwinked older hustlers, then put it on the wire for everyone to hear." (See Ex. "It's Like That" by Run-DMC to the bad bitch Emily Regina Official ("TRAPPED"))

47. Essentially, a "boss playa" maintains a glamour image and status symbols that get across the point of how rich and powerful he has become from his

or her street smarts. (See
Ex. "All Eyez On Me" by
2Pac to the bad bitches
Gigi Hadid and Bella
Hadid ("...cause all I
want is cash and thangs/
A five-double-oh-Benz/
Flauntin flashy rings,
uhh ") ("It seems - my
main thang was to be
major paid / The game
[game theory] sharper
than a motherfuckin
razor blade"). See also
Ex. "It's Like 'That'" by
Run-Dmc to the bad
bitch Emily Regina
Official ("TRAPPED" at
p. 2) ("For a hustler in
our sidewalk jungle
world, 'face' and 'honor'
were important. No hus-
tler could have it known
that he'd been 'hyped',
meaning outsmarted or
made a fool of")

48. My career as a "boss

playa" has followed this path of evolution.

49. I am a practicing Napoleon asobi inmate (SEE Ex. Ri Ri #10 (Napoleon, BE1 280 818 NBCI RECEIVED JAN 19 2021 NBCI MAILROOM)

50. Napoleonism is an umbrella term used to describe my antithesis of Masonic/Erastianism and the replacement of Masonic Erastianism with recognition of the law of the flag and unincorporated business organization trusts ("UBOTS") (SEE Ex. Ri Ri #6 (Erastianism (theology) - Encyclopedia Britannica)). Ex. "The Stars That Play With Laughing Sam's Dice" by The Jimi Hendrix Experience to the Baddest Bitch

Alicia Keys ("Erastiani-
sm"). Ep. "Angel" by The
Jimi Hendrix Experience
to the Baddest Bitch
Kim Kardashian ("Under-
standing the Flag"). Ep.
"Dreams 1.07" by Nicki Mi-
naj to Bel Sable Napole-
on ("ARP NBC1-#3121, Dat-
ed 5 December 2023"). Ep.
"Beez in the Trap" by Nic-
ki Minaj to the Bad Bit-
ch Rihanna Fenty ("ARP
NBC1-#3121, Dated 2 Janu-
ary 2024)." See also Revel-
ation 10,'1.

51. The Lost Book of Enki:
Memoirs and Prophecies
of an Extraterrestrial
God and The Apocalypse
of Saint John the Divine
are the two books that
form the basis of the
Napoleon antithesis. (See
Ep. "Are you Experienced"
by The Jimi Hendrix Exp-
erience to the bad bitch

Nurse Britney ("ARP NBCI-
#2367-16", dated 26 Octo-
ber 2016); Ex. "Please Miss
Platter, Please" ("ARP
NBCI-#0985-21", with letter
to Kim Kardashian and
letter to Jeff Nines atta-
ched)

52. We Napoleonists seek
to transform our disgr-
aceable existence under
the hegemony of the
Masonic fraternity
into a modern sovereign
state, like the Hope
nation, and to give to
that state a timocratic
constitution.

53. Napoleonism is synon-
ymous with Black Maf-
iaism, for I am a colpo-
rteur and in many cases
my interpretation of the
Bible can be traced to
Philadelphia Black Maf-
ia literature. (See Ex. "Be

EZ in the Trap" by Nicki Minaj to the Bad Bitch Rihanna Fenty ("ARP NBCI-#3121," dated 2 January 2024";

54. For example, my knowledge of the Philadelphia Black Mafia's Rite of Passage comes from a book titled "BLACK BROTHERS Inc.: The Violent Rise and Fall of Philadelphia's Black Mafia.

55. In his book, author Sean Patrick Griffin writes, "... the drug runners and other low-ranking affiliates [of Black Brothers Inc. were called] The Little Brothers, mid-level members such as enforcers, The Brothers and Black Mafia Leaders, The Big Brothers. There were cri-

teria for graduating from one rank to another, and to become anything but a little Brother, members had to become Black Muslims." (SEE Ex. Kim K #6 ("CHAPTER 12"))

56. Due to increased knowledge owing to my research of the Philadelphia Black Mafia's role in the Bible, the outward form of its Rite of Passage has altered based on changed social conditions and to keep pace with Biblical prophecy.

57. It must be taken into account that the Philadelphia Black Mafia "used" the Black Muslim controlled prison system to recruit

and train" its "Officers
and leaders." Id.

58. As a condition
of our Rite of passage
, this is true whether
it relates to Black
Muslims or Freemaso-
ns who practice the
Native/American Pueb-
lo religion.

59. With the rise of
the Nation of Islam in
Philadelphia, Pennsyl-
vania, during the 1960s
, the Black Muslims
asserted control over
"many prisons, parti-
cularly in the Northeas-
tern United States"
because they numbered
more than any other
group. (See Ex. "Broth-
er" by Angie Stone to
Nurse Cidra ("CHAPTER
3 THE MERGER" at p. 43))

60. Group membership with the Black Muslims was never limited but belonged to all people of color. Id.

61. Therefore, it was possible for anyone in the Philadelphia Black Mafia to join the Nation of Islam religion and take holy orders.

62. "Depending on a Black Mafia affiliate's standing in the 'muslim faith', ability to generate money, and prior history of violence", says Sean Patrick Griffin, "he could be incorporated into the intimidating Fruit of Islam. [The Black Mafia leader] Sam Christian was immediately made a captain in the FOI. Id.

at p. 43.

63. Prison officials and employees of THE MARYLAND/DEPARTMENT OF CORRECTION who belong to the masonic fraternity and practice the Native/American Pueblo religion are in a unique/competitive position compared to me, a Napoleon asobi.

64. The symbolic language/of the masonic Lodge called North Branch Correctional Institution ("NBCI") indicates the religious beliefs and rituals of Freemasons, and although the Pueblo religion is one among other Native American religions that belong to the com-

mon people as evidenced
by attendance of Native
American services by
non-Native American
inmates, it has been
limited to Freemasons
only.

65. While Freemasons
rule as staff and offic-
ers holding positions
as captain, lieutenant,
major, assistant ward-
en, warden, case man-
ager, dietician and so
on, those who hold such
titles can be found to
exist in the ranks of
the Blue and Grey Flute
Society and the Kachi-
na Cult which are pri-
esthoods or ritual broth-
erhoods of the Native
American Pueblo religi-
on that exercise a reli-
gious function at the
/NBCI Grand Masonic
Lodge and believe that

I, an occultist with the magickal rank of Ipsissimus, a sorcerer equal to God, should not have the same opportunity for promotion as Freemasons within the "ceremonial hierarchy" of the Masonic Lodge called North Branch Correctional Institution. (See Ex. "Ether" by Nas to the J.W. Warden (Keith Arnold) of the NBCI Grand Masonic Lodge ("NATIVE NORTH AMERICAN RELIGIONS" at p. 2)

66. In Pueblo hierarchies, the people most magickally proficient are highly regarded and possess the greatest authority.

67. This religious por-

actice is described to
us by Armin W. Geertz

68. "Among all of the
Pueblos, political
power is an integral
part of the indigenous
ceremonial hierarchy.
The organizations of
the hierarchies were
different from Pueblo
to Pueblo, and from east
to west, but one of
the key common aspects
of these organizations
is that secret ritual
knowledge brings social
power." Id. at p.1.

69. In terms of special
initiation rites, "This
knowledge is revealed
through a long series
of initiations into
ritual brotherhoods or
priesthoods, and, as
intimated, the most
important knowledge is

literally held as prop-
erty — equivalent to
Western notions of
material possession.
It is this knowledge and
its practical applic-
ations which define
the order of the hierarc-
hy." Id. at p.1

70. I relied on that
statement when, as a
"boss playa", I decid-
ed to chance my arm
and compete with Defe-
ndant Jeff Nines for the
position of the warden.
(SEE Ep. "All Eyez On Me"
by 2Pac to the bad bitch-
es Gigi Hadid, and Bella
Hadid. Ep. "It's Like That
" by Run Dmc to the bad
bitch Emily Regina Off-
icial ("TRAPPED" at p.2)

71. Although the regu-
lation covering the app-
ointment of a warden by

a commissioner, MD Rule
3-210, provides that
"[a] warden or adminis-
trator shall have exec-
utive experience and
adequate knowledge
of correctional facili-
es and systems", this
is only half the truth.

72. THE MARYLAND DEP-
ARTMENT OF CORRECTION
is a livery company that
associates with Freem-
asons and the Native
American Pueblo relig-
ion.

73. Among the livery
issued by THE MARYLAND
DEPARTMENT OF CORRECTI-
ON livery company are
the blue and grey clot-
hes such as the grey
sweatsuits and the
light blue shirts and
dark blue trousers worn
by its manservants, ref

erred to as "inmates" (See
Ex. "Incarcerated Scar-
faces" by Raekwon the
Chef to Alicia Keys, the
Baddest Bitch in New
York (Livery Companies
"); Ex. "My Philosophy"
by Boogie Down Produc-
tions to Alicia Keys, the
Baddest Bitch from New
York ("Livery"))

74. Most state trans-
portation vans of THE
MARYLAND DEPARTMENT OF
CORRECTION livery compa-
ny are painted blue
with grey rims and
black tinted windows.

75. The Blue and Grey
Flute Society is a broter-
hood for members of the
Native American Pueblo
religion whose religious
practices include the
summoning of Kachina
spirits who reside in kiv

as (SEE EP. "Ether" by Nas
to the S.W. Warden Jeff
Nines ("NATIVE NORTH AMER-
ICAN RELIGIONS")

76. The evidence is un-
deniable that the blue
and grey clothes worn by
"indiservants" of THE
MARYLAND DEPARTMENT OF
CORRECTION livery compa-
ny as well as prison
officials and employe-
es who are its liverymen
en is the livery of the
Blue and Grey Flute Soc-
iety (SEE paragraph 75
of this Complaint)

77. The Hopi Kachina
Cult, like the Blue and
Grey Flute Society, is
a priesthood of masked
dancers for members of
the Native American
Pueblo religion whose
religious practices
include the summoning

of Kachina spirits who
reside in kivas and, as
"masked representatives
of important deities"
of the Pueblo, dress up
as staff and officers
to otherwise advance
the religious beliefs
and practices of the
Pueblo theocracy. (See
Ex. "Ether" by Nas to the
S. W. Warden Jeff Nines
("NATIVE NORTH AMERICAN
RELIGIONS" at p. 2)

78. "The Kachina Cult
is the most famous Pueb-
lo cult because of its
open-air performances
with dancing troupes
arrayed in colorful, high-
ly codified masks and
costumes." Id. at p. 2.

79. The masks worn by
the Kachina Cult of THE
MARYLAND DEPARTMENT OF
CORRECTION livery company

are state uniforms and
the livery of the Blue
and Grey Flute Society,
not the elaborate cost-
umes worn by the Hopi
Kachina Cult of the
Pueblos in California
(See paragraphs 72-76
of this complaint)

80. The evidence is
also undeniable that
the so-called correction-
al facilities throughout
THE MARYLAND DEPARTMENT
OF CORRECTION livery com-
pany are Masonic Lodg-
es and Pueblo enclaves
merged into one (See
pages 15-16 (paragraph
32) of this Complaint.

81. For example, in
Carlos Mayberry v. The
Carlos Mayberry Trust,
et al., Case 1:23-cv-02350
-PK, I stated "One imp-
lication that "NBCI is a

Pueblo enclave is that of its kiva architecture." (See Plaintiff's Complaint at pgs. 40-41 (paragraph 62) in Mayberry v. The Carlos Mayberry Trust, et al., Case 1:23-cv-02-350-PX)

82. I stated: "In his essay, "Native North American Religions", A.W. Geertz tells us, "The Pueblo cosmos is ... symbolized by the squarely built cult houses, called kivas, which represent the various underworlds that are connected by the apis, called in Hopi the Sipaapuni." Id. at p.41 (paragraph 63)

83. I stated, "NBCI housing units are rectangular in shape just like the kivas located in the South-West United St

ates, states like Arizona
and New Mexico where
there exists Pueblo
settlements." Id. at p. 41
(paragraph 64)

84. I asserted that
"[N]ot only are NBC1 hou-
sing units and the kivas
located in the South-West
practically identical
but they may also be
examined from the pers-
pective of cosmologica-
lly oriented buildings.
Id. at p. 42 (paragraph
42)

85. "Geertz's remark",
I pointed out, "cited
at the end of paragraph
63 is that 'kivas... are
connected by the axis...'"
Id. at p. 42 (paragraph
66)

86. I claimed that "I[n]
t NBC1, this 'axis' is sym

bolized by a straight
road bordered by Kiva
housing units that flow
through the middle of
the compound." Id. at
p. 42 (paragraph 67)

87. "As another exam-
ple of this symbolism,
consider the following
quote from Geertz's
essay: 'Thus, the idea
of the centre' or at lea-
st of a central world
axes is prominent...'
(Geertz p. 540)." Id. at
pgs 42-43 (paragraph
68)


88. I stated: "Toward
this end, '[t]he world's
of... various beings are
conceived of as being
located in a systematic
cosmos of storied worl-
ds, one on the other, which
are further divided into
directional zones, some

times four, sometimes six, usually consisting of the cardinals and the zenith and nadir." (Geertz p. 540)" Id. at p. 43 (paragraph 69)

89. For example, there are four kiva housing units at the Masonic Lodge called North Branch Correctional Institution in Cumberland, Maryland, while there ~~are six~~ are six kiva housing units at the Masonic Lodge called Jessup Correctional Institution in Jessup, Maryland.

90. I also explained that "[t]he Pueblo cosmos is... symbolized by the squarely built cell houses, called kivas" (paragraph 63), and we also know that NBCI housing units are 'stor

ied' buildings which have two stories, a ground floor and an upper story (paragraph 69)." Id. at pgs. 43-44 (paragraph 70)

91. I emphasized that "NBC1 is divided into 'four' directional zones for cosmological purposes, with two kiva housing units at each end of the compound (paragraph 69)." Id. at p. 44 (paragraph 71). See also paragraphs 88-89 of this Complaint)

92. Based on these undeniable facts, "[I]t is evident that the architectural design of NBC1 conforms to the conditions which govern Pueblo architecture." (See Plaintiff's Complaint at p. 44 (paragraph 72) in Mayb

erry v. The Carlos Mayber-
ry Trust, et al., Case 1:23
-cv-02350-PX)

93. The S. W. Warden
is the title of the War-
den of a Masonic Lo-
dge as explained in
THE Masonic Ritual
for use by The Most
Worshipful Prince Hall
Grand Lodge, Free and
Accepted Masons, a
text identifying the
bylaws and organizatio-
nal structure of the
Masonic Lodge, the
dictates of Masonic
theology, and the relig-
ious beliefs and pract-
ices of the Native Amer-
ican Pueblo religion
that are controlling and
are an integral part
of THE CARLOS MAYBERRY
TRUST

94. As such, the S. W.

Warden of the Masonic Lodge is a contract negotiator for THE MARYLAND DEPARTMENT OF CORRECTION livery company and its religious interests.

95. In Carlos Mayberry v. The Carlos Mayberry Trust, et al., case 1:23-cv-02350-PX, I went into great detail showing why that is so.

96. For example, I argued that there's a name for when a religious group such as the Freemasons controls a state and local government from behind the scene. It's called Erastianism.

97. I explained how Erastianism is the doctrine that the state

is superior to the church in ecclesiastical matters." See Ep. R: R: #6 (a Erastianism (theology) - Encyclopedia Britannica").

98. "Masonic Erastianism defines a political-religious incursion by Free and Accepted Masons whose aim is to overthrow state rule and establish a Masonic theocracy." I indicated. Id. at p. 33 (paragraph 50)

99. "One method used by the treacherous Freemasons to assert supremacy in the ecclesiastical affairs of other religions is by issuing state ID cards to members of those groups." Id. at p. 35 (paragraph 54)

100. "For example, I was not informed by THE MARYLAND DEPARTMENT OF CORRECTION [livery company] that it had established a straw man named after me in the form of an inmate ID Card that I would become surety for by signing for the ID Card (SEE Ex. Cheers to kim kardashian's butter-ease) ("What is a straw man"? We all need to know the answer to this question. What/who is the straw man?") "Id. at pgs 35-36 (paragraph 55)

101. "THE straw man is an artificial person operated under my given name but in all capital letters such as CARLOS MAYBERRY, and this per-son is deemed registered property of THE MARY-LAND DEPARTMENT OF CORR

ECTION [livery company], the grantor of THE CARL-OS MAYBERRY TRUST, and I, the natural man, am presumed to be that art-ificial person, the legal fiction named after me in all capital letters (see Ex. Nicki Minaj Just Broke wind In my mouth To Insufflate me And I Inhaled All Of IT ("The Ma-trix and the U.S. Constitu-tion" pgs 1-31 at pgs 8-9)." Id. at pgs 36-37 (paragraph 56)

102. "In establishing THE CARLOS MAYBERRY TRUST, THE MARYLAND DEPARTMENT OF CORRECTION [livery comp-any] deceived me into thin-king that the trust indent-ure I signed for in the form of a NORTH BRANCH CORRECT-IONAL INSTITUTION HANDBOOK was based on "Division and institutional rules and

regulations." (See Ex. The
Bad Bitch Kim Kardashi-
an Or The Bad Bitch Nurse
Britney? They Are A Tie In
Terms Of Beauty And Sex
Appeal (wDCD #/200-1 v.m.),
Ex. Allie the Easter Egg
Girl (wINTRODUCTION"/and
"TABLE OF CONTENTS" of tru-
st indenture to THE CARLOS
MAYBERRY TRUST signed
by the so-called warden,
and signed for by me P-
gs. 1-38)" Id. at pgs. 37/38
(paragraph 57)/

103. "THE CARLOS MAYBER-
RY TRUST is managed by
members of the NBCI ma-
sonic Lodge who are rep-
resentatives of the kat-
hina Cult and the Blue
and Grey Flute Society,
Pueblo priesthoods, for
their role as trustees
(See Ex. Big Butt Dunst
("APPENDIX F STAFF
LISTING" pgs. 1-2.)" Id. at

pgs. 38-39 (paragraph 58)

104. "THE MARYLAND DEP-
ARTMENT OF CORRECTION's
claim that I am a bene-
ficiary of the trust agre-
ement named after me is
merely deception, for
they have religiously
repudiated the agreeme-
nt." Id. at p. 39 (paragr-
aph 57)

105. "NBCI is a Pueblo
enclave but there cannot
be found in the trust inde-
nture of THE CARLOS MAYBE-
RRY TRUST any express lan-
guage that specify that
NBCI is a Masonic Lodge
or a Pueblo enclave." Id.
at p. 39 (paragraph 58)

106. "Excommunication
is the flower of Erastian-
ism, and the details rela-
ting community practices
of the Pueblo were left

out of the writing of
THE CARLOS MAYBERRY TRUST
to make it excommunica-
tive (SEE Ex. Ri Ri #6 ("
Erastianism (theology)
- Encyclopedia Britann-
ica") "Id. at pgs 39-40
(paragraph 15/9)

107. According to BLAC-
k's LAW DICTIONARY (4TH
POCKET ED. 2011) the legal
term "indenture" defi-
nes in part "A deed or
elaborate contract sig-
ned by two or more par-
ies."

108. The legal term
"trust indenture" defi-
nes, "A document contai-
ning the terms and condi-
tions governing a truste-
e's conduct and the trust
beneficiaries' rights."

109. The trust indenture
of THE CARLOS MAYBERRY

TRUST is THE NORTH BRANCH CORRECTIONAL INSTITUTION HANDBook that opens with an undersigned intro-duction by the S. W. Warden of the NBCI Grand Masonic Lodge (SEE Ex. Allie the Easter Egg Girl ("INTRODUCTION" and "TAB-LE OF CONTENTS" of trust indenture to THE CARLOS MAYBERRY TRUST signed by the so-called warden, and signed for by me, p-gs. 1-3))"

110. THE NORTH BRANCH CORRECTIONAL INSTITUTION HANDBook is received from one's assigned case manager and signed for (SEE paragraphs 94 and 107 of this Complaint. See also paragraph 109')

111. Under THE CARLOS MAYBERRY TRUST, a ward

en's duties include, among other things "[enforcing] the regulations and directives of the Division." See Md. Code Ann. Rule 3-211.

112. However, when "the regulations and directives of the Division" collide with the religious interests of THE MARYLAND DEPARTMENT OF CORRECTION livery company, the S.W. Warden of the NBCI Grand Masonic Lodge takes his cue from the Masonic Ritual text that states "Our laws and regulations you are strenuously to support and be always ready to assist in seeing them duly executed." (See The Masonic Ritual for use by The Most Worshipful Prince Hall Grand Lodge

, Free and Accepted Mas-
ons at p. 132)

113. As I pointed out in
paragraphs 77 through
79 of this Complaint,
the Kachina Cult of
the MBCI Grand Mason-
ic Lodge masquerade
as prison officials
and employees but are
Pueblo priests who
reject the laws of the
state and federal gover-
nnments, as well as
prison rules and regul-
ations, and accept only
the Masonic version
of the Native American
Pueblo religion and
the bylaws of the Mas-
onic Lodge as authori-
tative. (See also parag-
raph 104 of this Comp-
laint)

114. A Pueblo initiat-
ion ritual hindered my

ability to make parole
and obtain work relea-
se.

115. In Mayberry v. The
Carlos Mayberry Trust,
et al., I asserted that
"[W]e are informed about
the Pueblo initiation
by A. W. Geertz:

116. "The organizations
of the hierarchies were
different from Pueblo
to Pueblo, and from East
to West, but one of the
key common aspects of
these organizations is
that secret ritual know-
ledge brings social po-
wer. This can be knowle-
dge about primordial
times, insight into rit-
ual matters, the owning
of powerful songs or
powerful ceremonies,
knowledge about power-
ful beings, or other semi

lar matters. This knowle-
dge is revealed through
a long series of initiati-
ons into ritual brother-
hoods or priesthoods
and, as intimated, the
most important knowle-
dge is literally held as
property — equivalent
to Western notions of
material possession"
(Geertz p. 539)" Id. at pg-
s. 45-46 (paragraph 76)

117. On 24 August 2022,
I went up for my parole
hearing.

118. At my hearing, I
clearly explained that
I am an inventor and
requested for the board
of review to base its
decision using the
standard set forth in
35 U.S.C. 102

119. But the board of

review was uncomprising and did not want to consider the fact that I have a liberty interest in 35 U.S.C. 102.

120. For example, I claimed that I am an inventor faced with a monopoly, but before I could proceed with stating what my issues are with the NBCI prison administration, the board of review cut me off and said that they had not come to talk about a monopoly.

121. One of the things that I am required to do as an inventor is file a preliminary concept report with an individual of my choice to establish a conception date for

my Jacob's ladder inven-
tion (SEE Ex. "Iggy Azalea
#1 ("THE TWO-STEP PROCESS
OF "MAKING AN INVENTION"
")

122. On 15 September
2021, I mailed a certi-
fied letter to coach
John Harbaugh of the
Baltimore Ravens NFL
sports franchise anno-
uncing that I was goi-
ng to use my Jacob's
ladder invention to
sponsor the Ravens
during their upcoming
meeting with their
nemesis the Kansas
City Chiefs. (SEE Certif-
ied Mail Receipt No. #
7017 1450 0000 8719 3192)

123. Up till then, the
Ravens had not yet
been able to defeat
the Kansas City Chiefs
with Lamar Jackson as

their starting quarterback, and with Patrick Mahomes as the starting quarterback for the Kansas City Chiefs.

124. However, my letter to Harbaugh was intercepted by the mail room because the amount stated on my certified mail receipt was for $5.44, an amount that reflects in symbolic language the Masonic doctrine of the Quintessence

125. My goal was to use my Jacob's ladder invention to help the Ravens defeat the Kansas City Chiefs and then file a preliminary concept report for my invention with Harbaugh

126. Jeff Nines, the S.W. Warden of the NBCI Grand Masonce Lodge, placed me under industrial espionage surveillance to spy on me while I reduce to practice my Jacob's ladder invention inside my cell.

127. Defendant Jeff Nines, the board of review for THE MARYLAND PAROLE COMMISSION, the NBCI mail room and finance department conspired to violate my rights under 35 U.S.C. 102 and to misappropriate my Jacob's ladder trade secrets.

128. The board of review stated in its decision denying me parole that "Mr/Mey

berry is having difficul-
ties with his/incarcer-
ation. He has amassed
113 infractions, eleven
of which are 100-level.
He has no programming
in his file and has been
in segregation most of
his incarceration. Mr
Mayberry should seek
programming and serv-
ices that can improve
his cognitive function-
ing. All factors consider-
ed" (See Ex. Elizabeth
Faith Shalom #2 ("MARY-
LAND PAROLE COMMISSION:
Parole Recommendation
/Decision")

129. This standard
used by the board of
review upon which it
based its decision does
not apply to me, an
inventor!

## Exhaustion of Administrative Remedies

130. On 24 August 2024, the Plaintiff filed a request with the Institutional Parole Associate ("IPA") requesting an appeal form to appeal the board of review's decision but was denied an appeal form and told that he could not appeal the decision despite the fact the NBCI Handbook states that the decision is appealable.

## Claims for Relief

131. The actions of the board of review in denying the Plaintiff a parole hearing based on the 35 U.S.C. 102 standard denied the

the Plaintiff due proc-
ess of law in violation
of the Fourteenth Amen-
dment to the United Sta-
tes Constitution

## Relief Requested

A. Issue an injunction
ordering the board of
review to reschedule
the Plaintiff a new
parole hearing in May
of 2024


31 March 2024

Respectfully submitted

Carlos Mayberry a.k.a
Belsable Napoleon
NBCI
14100 McMullen Hwy S.w.
Cumberland, Md 21502

## IV. Relief
(State briefly what you want the Court to do for you.)

Compensatory and punitive damages, restitution and permanent injunctive relief

SIGNED THIS 25 day of January 2024

Carlos Mayberry
a.k.a. Beljabie Napoleon

Signature of Plaintiff

Printed Name

NBCI, 14100 McMullen Hwy, S.W. Cumberland, MD 21502

Address

Telephone Number

Email Address